UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**

CASE NO.:

LEIGH ROTHSCHILD,

        Plaintiff,

v.

GREAT NORTHERN INSURANCE COMPANY,

        Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, Great Northern Insurance Company ("Great Northern"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this case from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, and states as follows:

1. Plaintiff, Leigh Rothschild ("Rothschild"), commenced this action by filing a Complaint & Demand for Jury Trial in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. Copies of the Complaint and docket are attached in Composite Exhibit 1.

2. Defendant, Great Northern, was served on June 30, 2021.

### Diversity of Citizenship

3. Plaintiff Rothschild is a resident and citizen of the State of Florida.[1]

4. Great Northern is an insurance company incorporated in the State of Indiana with principal place of business in the State of New Jersey.

---

[1] Compl. ¶ 1, Composite Exhibit 1.

LEGAL\53945539\1

5. Accordingly, for purposes of 28 U.S.C. § 1332, diversity of citizenship existed among Rothschild and Great Northern at the time Rothschild commenced this action in state court and continues to exist as of the time of filing this Notice of Removal.

**Amount in Controversy**

6. The Complaint alleges that "the amount in controversy in this litigation is more than thirty thousand dollars ($30,000.00) exclusive of fees and costs."[2]

7. Rothschild alleges that they purchased an insurance policy from Great Northern covering property located at 1574 NE Quayside Terrace D18, Miami, FL 33138.[3]

8. Rothschild alleges that on or about November 8, 2020, the property was damaged by a "windstorm damage resulting in precipitation from Tropical Storm Eta."[4]

9. Rothschild alleges that Great Northern was notified of the loss and assigned claim number 076920031836 to the claim.[5]

10. Rothschild alleges Great Northern breached the insurance contract when it "refused to pay all amounts due and owing under the Policy and acknowledge coverage for all of the Plaintiff's damages."[6]

11. On or about August 5, 2021, Plaintiff submitted a repair estimate for damages allegedly suffered as a result of the loss in the amount of $195,168.74,[7] thus establishing the amount in controversy.

12. Based upon the foregoing, Great Northern has a good faith belief that the amount in controversy is in excess of $75,000, exclusive of interest and costs.

13. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

---

[2] Compl. ¶ 5.
[3] Compl. ¶¶ 6, 14.
[4] Compl. ¶ 8.
[5] Compl. ¶ 9.
[6] Compl. ¶ 18.
[7] Estimate from Josef Timlichman Law PLLC, Exhibit 2.

2

14. A copy of this Notice will promptly be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

WHEREFORE, Great Northern Insurance Company hereby removes this action to this Court.

Respectfully submitted,

**COZEN O'CONNOR**

By: /s/ John David Dickenson
John David Dickenson
Florida Bar No. 575801
jdickenson@cozen.com
Evan M. Holober
Florida Bar No. 1012320
eholober@cozen.com
One North Clematis Street, Suite 510
West Palm Beach, Florida 33401
Telephone: (561) 515-5250
Facsimile: (561) 515-5230

*Counsel for Defendant, Great Northern Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ John David Dickenson
John David Dickenson

LEGAL\53945539\1

**SERVICE LIST**
*Counsel for Plaintiff*
Josef Timlichman, Esq.
JOSEF TIMLICHMAN LAW, PLLC
18851 NE 29 Ave., Ste. 700
Aventura, FL 33180
Telephone: (305) 748-3789
Email:  sperez@lawnowfl.com
　　　　josef@lawnowfl.com
　　　　info@lawnowfl.com