UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23148-MGC

LEIGH ROTHSCHILD,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE
COMPANY,

    Defendant.

_____/

**DEFENDANT, GREAT NORTHERN INSURANCE COMPANY'S NOTICE OF SERVING PROPOSAL FOR SETTLEMENT AND OFFER OF JUDGMENT**

Defendant, GREAT NORTHERN INSURANCE COMPANY, has on this date served Plaintiff, LEIGH ROTHSCHILD, with a Proposal for Settlement and Offer of Judgment pursuant to § 768.79, Florida Statutes, Rule 1.442, Fla. R. Civ. P., and Federal Rule of Civil Procedure Rule 68.

Respectfully submitted,

**COZEN O'CONNOR**

By:  /s/  John David Dickenson
    John David Dickenson (Trial Counsel)
    Florida Bar No. 575801
    jdickenson@cozen.com
    Evan M. Holober
    Florida Bar No. 1012320
    eholober@cozen.com
    One North Clematis Street, Suite 510
    West Palm Beach, Florida  33401
    Telephone:  (561) 515-5250
    Facsimile:  (561) 515-5230

*Counsel for Defendant, Great Northern Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List by Electronic Mail.

                                              /s/  John David Dickenson
                                              John David Dickenson

**SERVICE LIST**
*Counsel for Plaintiff*
Josef Timlichman, Esq.
JOSEF TIMLICHMAN LAW, PLLC
18851 NE 29 Ave., Ste. 700
Aventura, FL 33180
Telephone: (305) 748-3789
Email: sperez@lawnowfl.com
       josef@lawnowfl.com
       info@lawnowfl.com