UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LEIGH ROTHSCHILD,

    Plaintiff,

                                  **Case No. 1:21-cv-23148-MGC**

vs.

GREAT NORTHERN INSURANCE
COMPANY,

    Defendant.
_____/

## **PLAINTIFF'S FACT WITNESS LIST**

    COMES NOW, Plaintiff LEIGH ROTHSCHILD ("Plaintiff"), by and through his undersigned counsel, and files his Fact Witness List as follows:

1. Leigh Rothschild
   c/o Josef Timlichman Law, PLLC
   18851 NE 29th Ave, Ste. 700
   Aventura, FL 33180

2. Christopher J. Medina
   1 East Broward Blvd.
   Suite 700
   Ft. Lauderdale, FL 33301

3. All parties to this action and their corporate representatives.

4. All witnesses listed by other parties, including expert witnesses.

5. Any and all persons listed in discovery or on any documents provided in discovery.

6. Any and all persons who performed estimates or repairs on the subject property.

7. Any and all persons or entities named in any depositions, answers to interrogatories, or other discovery taken in this matter.

8. Those witnesses necessary for impeachment purposes.

9. Any person deposed in this case.

10. Any and all witnesses necessary to authenticate any photographs and/or videos in this matter.

Plaintiff reserves the right to amend and/or supplement this witness list with proper notice to all parties as discovery is ongoing. Plaintiff reserves the right to object to any and all witnesses listed by other parties to this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email to Evan Holober, Esq. at EHolober@cozen.com, John David Dickenson, Esq., at jdickenson@cozen.com, and Kristen Daugharty at kdaugharty@cozen.com on March 18, 2022.

By: /s/ Josef Timlichman
Josef Timlichman, Esq.

JOSEF TIMLICHMAN LAW, PLLC
18851 NE 29 Avenue, Suite 700
Aventura, Florida 33180
Tel:   (305) 748-3789
Fax:   (305) 847-2441
Email: sperez@lawnowfl.com
       josef@lawnowfl.com
       info@lawnowfl.com