







2-1 Entered


2-1. Entered o





