




















1   Entered on

