





74.7F



73.2F







68.4F

