UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CSAE NO.: 21-Civ-23148

LEIGH ROTHSCHILD,

    Plaintiff,

vs.

GREAT NORTHERN INSURANCE COMPANY,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 58, **JUDGMENT** is hereby entered in favor of Defendant Great Northern Insurance Company and against Plaintiff Leigh Rothschild on Plaintiff's Complaint. The Clerk is directed to **CLOSE** this case. All motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers at Miami, Florida, on this 15th day of November 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE
For Marcia G. Cooke, U.S. District Judge