UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23148-MGC

LEIGH ROTHSCHILD,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE
COMPANY,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Erika Roberts, hereby APPEALS to the United States Court of Appeals for the Eleventh Circuit, from the November, 14, 2022 Order [Docket # 81] granting Defendant's Motion for Summary Judgment [Docket #].

By: */s/ Josef Timlichman*
Josef Timlichman, Esq.
Florida Bar No.: 121265

Josef Timlichman Law, PLLC.
Attorneys for Plaintiff
2999 NE 191st Street, Suite 530
Aventura, FL 33180
Phone: (305) 748-3789
Facsimile: (305) 847-2441
josef@lawnowfl.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2022, the foregoing document was served on all counsel of record identified on the below Service List via email.

/s/ Josef Timlichman
Josef Timlichman

**SERVICE LIST**
*Counsel for Defendant*

**COZEN O'CONNOR**

John David Dickenson, Esq.
Florida Bar No. 575801
Evan M. Holober, Esq.
Florida Bar No.: 1012320
One North Clematis Street Suite 510
West Palm Beach, FL 33401 Telephone (561)-515-5250
Facsimile  (561)515-5230
Email:  jdickenson@cozen.com
Email:  eholober@cozen.com