UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23148-MGC

LEIGH ROTHSCHILD,

             Plaintiff,

v.

GREAT NORTHERN INSURANCE
COMPANY,

             Defendant.

_____/

**PLAINTIFF LEIGH ROTHSCHILD'S NOTICE OF STRIKING**

Plaintiff, Leigh Rothschild ("Plaintiff"), by and through undersigned counsel, hereby strikes his December 6, 2022 Notice of Appeal (D.E. 84) due to scrivener's error in entering the wrong party's name in the body of such Notice.

By: */s/ Josef Timlichman*
Josef Timlichman, Esq.
Florida Bar No.: 121265

Josef Timlichman Law, PLLC.
Attorneys for Plaintiff
2999 NE 191st Street, Suite 530
Aventura, FL 33180
Phone: (305) 748-3789
Facsimile: (305) 847-2441
josef@lawnowfl.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 8, 2022, the foregoing document was served on

all counsel of record identified on the below Service List via email.

/s/  Josef Timlichman

Josef Timlichman

**SERVICE LIST**
*Counsel for Defendant*

**COZEN O'CONNOR**

John David Dickenson, Esq.
Florida Bar No. 575801
Evan M. Holober, Esq.
Florida Bar No.: 1012320
One North Clematis Street Suite 510
West Palm Beach, FL 33401 Telephone
(561)-515-5250
Facsimile  (561)515-5230
Email:  jdickenson@cozen.com
Email:  eholober@cozen.com