UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23148-MGC

LEIGH ROTHSCHILD,

      Plaintiff,

v.

GREAT NORTHERN INSURANCE
COMPANY,

      Defendant.
_____/

## PLAINTIFF'S CORRECTED NOTICE OF APPEAL

This Corrected Notice is hereby given by Plaintiff LEIGH ROTSCHILD whom hereby APPEALS to the United States Court of Appeals for the Eleventh Circuit, from the November, 14, 2022 Order [Docket # 81] granting Defendant's Motion for Summary Judgment [Docket # 28].

By: */s/ Josef Timlichman*
Josef Timlichman, Esq.
Florida Bar No.: 121265

Josef Timlichman Law, PLLC.
Attorneys for Plaintiff
2999 NE 191st Street, Suite 530
Aventura, FL 33180
Phone: (305) 748-3789
Facsimile: (305) 847-2441
josef@lawnowfl.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 8, 2022, the foregoing document was served on all counsel of record identified on the below Service List via email.

/s/ Josef Timlichman
Josef Timlichman

**SERVICE LIST**
*Counsel for Defendant*

**COZEN O'CONNOR**

John David Dickenson, Esq.
Florida Bar No. 575801
Evan M. Holober, Esq.
Florida Bar No.: 1012320
One North Clematis Street Suite 510
West Palm Beach, FL 33401 Telephone (561)-515-5250
Facsimile (561)515-5230
Email: jdickenson@cozen.com
Email: eholober@cozen.com