UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23148-CIV-ALTONAGA

**LEIGH ROTHSCHILD**,

    Plaintiff,
vs.

**GREAT NORTHERN
INSURANCE COMPANY**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant Great Northern Insurance Company's November 29, 2022 Motion for Entitlement to Attorney's Fees and Non-Taxable Costs [ECF No. 83]. On December 6, 2022, Plaintiff filed a Notice of Appeal [ECF No. 84].[1]

Although costs may properly be taxed at this time, *cf. Rothenberg v. Sec. Mgmt. Co.*, 677 F.2d 64, 64 (11th Cir. 1982) ("[C]osts may be taxed after a notice of appeal has been filed." (alteration added; citations omitted)), the Court uses its discretion to stay this matter pending the outcome of the appeal, *cf. Belize Telecom, Ltd. v. Gov't of Belize*, 528 F.3d 1298, 1310 (11th Cir. 2008) ("[W]e leave for the district court to determine whether a stay or a hearing on costs and fees is appropriate, given the pending appeal . . . ." (alterations added)).

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 83]** is **TERMED**. Depending on the outcome of the appeal, the Court will direct the Clerk to reinstate the Motion.

---

[1] On December 8, 2022, Plaintiff filed a Corrected Notice of Appeal. (*See* [ECF No. 84]).

CASE NO. 21-23148-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 27th day of January, 2023.

>                                   _____
>                                   **CECILIA M. ALTONAGA**
>                                   **CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record