UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23148-MGC

LEIGH ROTHSCHILD,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE
COMPANY,

    Defendant.

_____/

## DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S PROPOSAL FOR SETTLEMENT AND OFFER OF JUDGMENT

Defendant, GREAT NORTHERN INSURANCE COMPANY ("GREAT NORTHERN"), hereby serves this Proposal for Settlement and Offer of Judgment ("Proposal") pursuant to Fla. Stat. §768.79, Federal Rule of Civil Procedure Rule 68, and Rule 1.442, Fla. R. Civ. P., and states as follows:

    1.    This Proposal is made by GREAT NORTHERN and is directed to Plaintiff, LEIGH ROTHSCHILD ("PLAINTIFF").

    2.    This Proposal is intended to resolve all allegations and claims contained in the current Complaint, and any allegations or claims which could be made by PLAINTIFF against GREAT NORTHERN, arising out of the subject matter of the Complaint, including all claims for damages, injuries, losses, economic losses, costs and expenses, which have been made or might be made the subject of legal action in this pending action, including within the proposed amount all costs, expenses, attorneys' fees and interest that PLAINTIFF has incurred or may be entitled to claim.

LEGAL\57952798\1

3. As a condition of acceptance, PLAINTIFF shall execute a release in favor of GREAT NORTHERN, releasing all claims PLAINTIFF made or which could have been made against GREAT NORTHERN arising out of or relating to the allegations contained within Plaintiff's Complaint herein. As an additional condition of acceptance, PLAINTIFF shall agree to the entry of a Stipulation for Dismissal with Prejudice of all claims brought against GREAT NORTHERN in this pending action. The proposed Settlement and Release of All Claims, Stipulation for Dismissal with Prejudice, and Order of Dismissal are attached hereto as Exhibits "A," "B," and "C" respectively.

4. The total amount of this Proposal to be paid on behalf of GREAT NORTHERN to PLAINTIFF is FIFTY THOUSAND DOLLARS AND 00/100 CENTS ($50,000.00).

5. The amount set forth in Paragraph 4 is deemed to include consideration for the payment of any potential claim for attorneys' fees and costs.

6. There is no claim for punitive damages in this case, and therefore, the Proposal does not include any amount for punitive damages.

7. This Proposal is specifically made under the terms of Florida Statute § 768.79 and Federal Rule of Civil Procedure Rule 68 (the "Statutes"), and shall be subject to all the terms of the Statutes, including those dealing with the length of the Proposal and the remedies thereunder. Because this Proposal is made under the terms of these specific Statutes, it is separate and independent from any other offer, which has been made or may be made in the action. To the extent that the time limits in the Statutes vary, this Proposal will remain open for the longest of the deadlines specified in the Statutes.

Respectfully submitted,

**COZEN O'CONNOR**

By: /s/ John David Dickenson
John David Dickenson
Florida Bar No. 575801
jdickenson@cozen.com
Evan M. Holober
Florida Bar No. 1012320
eholober@cozen.com
One North Clematis Street, Suite 510
West Palm Beach, Florida 33401
Telephone: (561) 515-5250
Facsimile: (561) 515-5230

*Counsel for Defendant, Great Northern Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2022, the foregoing document was served on all counsel of record identified on the attached Service List by Electronic Mail.

/s/ John David Dickenson
John David Dickenson

**SERVICE LIST**
*Counsel for Plaintiff*
Josef Timlichman, Esq.
JOSEF TIMLICHMAN LAW, PLLC
18851 NE 29 Ave., Ste. 700
Aventura, FL 33180
Telephone: (305) 748-3789
Email: sperez@lawnowfl.com
josef@lawnowfl.com
info@lawnowfl.com

3

## Exhibit A

## SETTLEMENT AND RELEASE OF ALL CLAIMS

KNOW ALL BY THESE PRESENTS:

That **LEIGH ROTHSCHILD** ("**Plaintiff**"), for sole consideration of FIFTY THOUSAND DOLLARS AND 00/100 CENTS ($50,000.00) (the "Settlement Sum"), does hereby, and on behalf of his agents, successors, and assigns, remise, release, acquit, satisfy, and forever discharge **Great Northern Insurance Company** and its agents, successors, assigns, past and present parent, subsidiary, affiliate or predecessor entities, and any and all of their past and present officers, directors, and employees (collectively, the "Releasees"), of and from any and all claims, actions, causes of action, demands, rights, damages, costs, loss of service, expenses and compensation whatsoever, whether known or unknown, direct or indirect, vested or contingent, relating to or arising out of a windstorm and water leak occurring on or about November 25, 2020, at the property located at 1574 NE Quayside Terrace, Miami, FL 33138, or relating to or arising out of any and all allegations asserted or which could have been asserted in the following claim and/or lawsuit:

Great Northern Insurance Company Claim Number 076920031836; and

Lawsuit styled *Leigh Rothschild v. Great Northern Insurance Company*, Case No. 1:21-cv-23148-MGC, pending in the United States District Court for the Southern District of Florida (the "Lawsuit").

This Settlement and Release of All Claims (the "Settlement") covers all matters arising from or relating to the subject matter of the Lawsuit and/or the Claim, any and all claims for equitable relief, extra-contractual relief, or past defense costs or other attorneys' fees, relief based upon breach of contract, common law or statutory "bad faith", unfair claims practice, or any other theory, which the undersigned now has/have or which may hereafter accrue on account of or in any way growing out of any and all known and unknown, foreseen and unforeseen injuries or property damage and the consequences thereof resulting from or to result from the events relating to the Lawsuit and/or the Claim, which occurred at the property located at **1574 NE Quayside Terrace, Miami, FL 33138.  Plaintiff** further agrees to execute a Stipulation for Dismissal with Prejudice of the Lawsuit within five (5) days of receipt of the Settlement Sum.

The Settlement Sum shall be paid as follows:

FIFTY THOUSAND DOLLARS AND 00/100 CENTS ($50,000.00)  to be paid to "LEIGH ROTHSCHILD and JOSEF TIMLICHMAN LAW, PLLC"

It is understood and agreed that this Settlement is the compromise of doubtful and disputed claims, and that the payment made is not to be construed as an admission of liability on the part of the party or parties hereby released, and that said released parties deny liability and intend merely to avoid litigation and buy their peace.   Furthermore, this release is intended

only to operate as a release of whatever claims the undersigned may have against the released parties. Any and all claims against parties not specifically released herein, if any, are hereby assigned in full to the parties hereby released. The released parties reserve any and all claims they may have against the undersigned, or any others.

**Plaintiff** acknowledges that he has executed this Settlement on his own volition and represents and warrants that he has not transferred to any person or entity any rights, causes of action, or claims settled or released herein.

**Plaintiff** represents and warrants to the Releasees that there are no (i) mortgagees, lenders, loss payees, insurers, vendors, public adjustors, general contractors, subcontractors, taxing authorities, or other individuals/entities claiming an interest in the Settlement Sum being paid pursuant to this Settlement; and/or (ii) liens on the Settlement Sum of any kind, including, but not limited to, any attorney's lien(s) or public adjustor's lien(s).

To the extent there are additional or outstanding monies due to any vendors, public adjustors, general contractors, subcontractors, taxing authorities, or other individuals/entities that provided services related to the Lawsuit and/or the Claim, **Plaintiff** releases the Releasees from any other payment obligations, and **Plaintiff** acknowledges and agrees that any additional amounts owed shall be **Plaintiff's** legal responsibility to resolve or pay. **Plaintiff** acknowledges that the Releasees have relied solely upon **Plaintiff** and her attorneys to provide accurate information concerning **Plaintiff's** knowledge of any liens.

**Plaintiff** agrees that he shall not reveal to anyone, without the express written consent of the Releasees, any of the terms of this Settlement or any of the amounts, numbers, or terms and conditions of any sums paid hereunder except (a) if required to do so by law or legal process; (b) such information as may be necessary for tax preparation or to respond to inquiries or audits by a federal, state, or local taxing authorities; and (c) to secure the enforcement of this Settlement. **Plaintiff** also agrees that he will not cause to be made public or release to any news media or to any other person any information obtained from the Releasees in the course of the litigation of this matter.

**Plaintiff** further declares and represents that no promise, inducement or agreement not herein expressed has been made to **Plaintiff**, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

**Plaintiff** has read the foregoing and fully understands it.

*(signature page to follow)*

**LEIGH ROTHSCHILD**

_____

STATE OF FLORIDA            )

COUNTY OF _____    )

Sworn and subscribed to before me on _____, 2022, by _____, who is personally known to me (yes or no), or who produced _____ (type of identification) as identification, and states that he/she has read the foregoing Agreement and knows the contents therein to be true.

_____

Notary Public (Affix Notarial Seal)

My Commission expires:

6

**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23148-MGC

LEIGH ROTHSCHILD,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE
COMPANY,

    Defendant.

_____ /

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, LEIGH ROTHSCHILD, and Defendant, GREAT NORTHERN INSURANCE COMPANY (collectively, the "Parties"), hereby advise the Court that this matter has been settled by amicable resolution. The Parties have stipulated to the entry of the attached Order of Dismissal of all of the Plaintiff's claims against Defendant with prejudice. Furthermore, the Parties have stipulated that each party is to bear its own costs and attorneys' fees.

Respectfully submitted,

| **JOSEF TIMLICHMAN LAW, PLLC** | **COZEN O'CONNOR** |
|---|---|
| By: __ <br> Josef Timlichman, Esq. <br> Florida Bar No. 121265 <br> 18851 NE 29th Avenue, Suite 700 <br> Aventura, FL 33180 <br> Telephone: (305) 748-3789 <br> Facsimile: (305) 847-2441 <br> Email: josef@lawnowfl.com <br> Email: info@lawnowfl.com <br> Email: sperez@lawnowfl.com <br><br> **COUNSEL FOR PLAINTIFF** | By:  /s/ John David Dickenson <br> John David Dickenson, Esq. <br> Florida Bar No. 575801 <br> Evan M. Holober, Esq. <br> Florida Bar No.: 1012320 <br> One North Clematis Street <br> Suite 510 <br> West Palm Beach, FL 33401 <br> Telephone (561)-515-5250 <br> Facsimile (561)515-5230 <br> Email: jdickenson@cozen.com <br> Email: eholober@cozen.com <br><br> **COUNSEL FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _____ __, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List by Electronic Mail.

　　　　　　　　　　　　　　　　　　　　　/s/  John David Dickenson
　　　　　　　　　　　　　　　　　　　　　John David Dickenson

**SERVICE LIST**
*Counsel for Plaintiff*
Josef Timlichman, Esq.
JOSEF TIMLICHMAN LAW, PLLC
18851 NE 29 Ave., Ste. 700
Aventura, FL 33180
Telephone: (305) 748-3789

8

Email: sperez@lawnowfl.com
       josef@lawnowfl.com
       info@lawnowfl.com

9

LEGAL\57952798\1

**Exhibit C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23148-MGC

LEIGH ROTHSCHILD,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon the Joint Stipulation for Dismissal with Prejudice of Plaintiff, LEIGH ROTHSCHILD ("Plaintiff"), and Defendant, GREAT NORTHERN INSURANCE COMPANY ("Defendant").  The Court having reviewed the Stipulation, and having been advised that the instant Order is agreed, and having been otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED:

The Joint Stipulation for Dismissal with Prejudice between the Parties is accepted and approved.  Plaintiff's claims against Defendant in the above-captioned action are hereby dismissed with prejudice.  Each side is to bear their own costs and attorneys' fees.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ____ day of _____, 2022.

                                        _____
                                        MARCIA G. COOKE
                                        UNITED STATES DISTRICT JUDGE

Copies furnished:
All Counsel of Record

## Daugharty, Kristen

| | |
|---|---|
| **From:** | Daugharty, Kristen |
| **Sent:** | Thursday, May 26, 2022 2:05 PM |
| **To:** | sperez@lawnowfl.com; josef@lawnowfl.com; info@lawnowfl.com |
| **Cc:** | Holober, Evan M.; Dickenson, John David; Murphy, Lanie |
| **Subject:** | SERVICE OF FEDERAL COURT DOCUMENT (Def's Proposal for Settlement) Rothschild v. Great Northern 214-cv-23148 |
| **Attachments:** | Rothschild - Proposal for Settlement.pdf |

Good afternoon – attached please find Defendant Great Northern Ins. Co.'s Proposal for Settlement and Offer of Judgment to Plaintiff in connection with the above-referenced matter.



**Kristen Daugharty**
**Legal Secretary | Cozen O'Connor**
One North Clematis Street, Suite 510 | West Palm Beach, FL 33401
P: 561-515-5261
Email | Map | cozen.com