| | |
|---|---|
| **From:** | Anthony Merrill <amerrill@lawnowfl.com> |
| **Sent:** | Tuesday, November 29, 2022 1:08 PM |
| **To:** | Holober, Evan |
| **Cc:** | Josef Timlichman; Dickenson, John David |
| **Subject:** | Re: Rothschild v. Great Northern - meet and confer on Great Northern's entitlement to attorney's fees and costs |

**\*\*EXTERNAL SENDER\*\***

Hi Evan,

We do not consent. We will be filing an appeal and motion to stay pending the outcome of our appeal.

On Tuesday, November 29, 2022, Holober, Evan M. <EHolober@cozen.com> wrote:

> Hi Josef & Anthony,
>
> I am writing to meet and confer on the issue of Great Northern's entitlement to post-PFS attorney's fees and costs. Attached is the motion for entitlement that we will file today. Within the next few hours, please let me know if Plaintiff will agree to Great Northern's entitlement to reasonable attorney's fees and costs incurred since the November 5, 2021 PFS.
>
> Thanks,
>
> Evan
>
> 
>
> **Evan M. Holober**
> **Associate Attorney | Cozen O'Connor**
> Southeast Financial Center | 200 South Biscayne Blvd, Suite 3000 | Miami, FL 33131
> P: 786-871-3959 F: 786-871-7996
> Email | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and*

*protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

--

Anthony Merrill

Josef Timlichman Law, PLLC

| 2999 NE 191st Street, Suite 530 | 116-55 Queens Blvd, Suite 206 |
|---|---|
| Aventura, FL 33180 | Forest Hills, New York 11375 |
| (305) 748-3789 | (For New York Matters Only) |