UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23148-MGC

LEIGH ROTHSCHILD,

      Plaintiff,

v.

GREAT NORTHERN INSURANCE
COMPANY,

      Defendant.
_____/

## **PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE JANUARY 3, 2025 HEARING**

Plaintiff Leigh Rothschild ("Plaintiff"), hereby files this Unopposed Motion to Continue the January 3, 2025 Hearing concerning Defendant Great Northern Insurance Company's ("Defendant"), Motion for Attorneys' Fees and Non-Taxable Costs, in support states:

1. Plaintiff files this Motion to Continue the January 3, 2025 hearing on Defendant's November 27, 2024 Motion for Attorneys' Fees and Non-Taxable Costs (D.E. 109).

2. Counsel for Defendant consents to this continuance so long as it is rescheduled within two weeks thereafter, subject to the Court's availability.

3. This continuance is respectfully requested, due to Plaintiff's counsel pre-scheduled family vacation. As such, he will be out of the State and unable to appear for this hearing

1

4. The extension sought is not for the purpose of undue delay and is made in good faith.

5. No Parties will suffer prejudice since Defendant does not oppose this extension.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order continuing the January 3, 2025 hearing, for within two weeks thereafter, subject to the Court's availability and for such other relief as this Court deems necessary and proper.

By: */s/ Josef Timlichman*
Josef Timlichman, Esq.
Florida Bar No.: 121265

Josef Timlichman Law, PLLC.
Attorneys for Plaintiff
2999 NE 191st Street, Suite 530
Aventura, FL 33180
Phone: (305) 748-3789
Facsimile: (305) 847-2441
josef@lawnowfl.com

## CERTIFICATION

The undersigned certifies that he has complied with the Southern District of Florida's Local Rules by conferring with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion.

Specifically, on December 23, 2024 the undersigned's office sent an email to Defendant's counsel John David Dickenson and Evan Holober concerning this Motion and the relief sought therein. Also, on December 23, 2024, Mr. Holober responded that he does not oppose the relief sought in this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          /s/ Josef Timlichman
                                          Josef Timlichman

**SERVICE LIST**
*Counsel for Defendant*

**COZEN O'CONNOR**

John David Dickenson, Esq.
Florida Bar No. 575801
Evan M. Holober, Esq.
Florida Bar No.: 1012320
One North Clematis Street Suite 510
West Palm Beach, FL 33401 Telephone (561)-515-5250
Facsimile (561)515-5230
Email: jdickenson@cozen.com
Email: eholober@cozen.com