UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23148-CIV-ALTONAGA

**LEIGH ROTHSCHILD**,

    Plaintiff,
vs.

**GREAT NORTHERN
INSURANCE COMPANY**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff, Leigh Rothschild's Motion to Continue the January 3, 2025 Hearing [ECF No. 117]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The hearing is rescheduled to January 6, 2025 at 8:00 a.m.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of December, 2024.

 

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record