UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23148-MGC

LEIGH ROTHSCHILD,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE
COMPANY,

    Defendant.

_____/

## DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR ENTRY OF JUDGMENT ON ATTORNEY'S FEES AND COSTS

Defendant, Great Northern Insurance Company ("Defendant"), pursuant to Federal Rule of Civil Procedure 58(a)(3) and Local Rule 7.1, moves the Court for an order entering judgment for Defendant's attorney's fees and costs against Plaintiff Leigh Rothschild ("Plaintiff"), and states as follows:

## ARGUMENT AND MEMORANDUM OF LAW

1. On November 15, 2022, this Court granted Defendant's Motion for Summary Judgment. *See* [D.E. 81].

2. Also on November 15, 2022, this Court entered a final judgment in favor of Defendant pursuant to Federal Rule of Civil Procedure 58. *See* [D.E. 82].

3. On July 9, 2024, the United States Court of Appeals for the Eleventh Circuit affirmed this Court's order granting Defendant's Motion for Summary Judgment. The Eleventh Circuit's mandate issued on August 7, 2024. *See* [D.E. 95].

4. On August 21, 2024, Defendant filed its Renewed Motion for Entitlement to Attorney's Fees and Non-Taxable Costs. *See* [D.E. 96].

5. On September 30, 2024, this Court granted Defendant's Renewed Motion for Entitlement to Attorneys' Fees and Non-Taxable Costs. *See* [D.E. 105].

6. On November 27, 2024, Defendant filed its Motion to Determine the Amount of attorney's fees and non-taxable costs ("Defendant's Motion"). *See* [D.E. 109]. In Defendant's Motion, Defendant sought to recover $129,275.00 in attorney's fees and $5,955.00 in nontaxable costs. *See* [D.E. 109].

7. This Court scheduled a hearing to determine the amount of Defendant's recoverable attorney's fees and non-taxable costs on January 6, 2025. *See* [D.E. 118].

8. During the hearing on January 6, 2025, Plaintiff and Defendant reached an agreement to resolve Defendant's Motion, whereby the parties agreed that Defendant could recover $122,275.00 in attorney's fees (a $7,000 reduction) and $5,955.00 in nontaxable costs. This agreement was orally read into the record during the proceedings on January 6, 2025. A copy of the hearing transcript for the January 6, 2025 hearing is attached hereto as "Exhibit 1."[1]

9. Notwithstanding the Parties' agreed resolution of Defendant's Motion, Plaintiff requested that entry of the order on Defendant's Motion be delayed while the Parties attend a settlement conference before Magistrate Judge Lisette M. Reid. Defendant believes that this Court has a record of Plaintiff's request.

10. The Parties attended a settlement conference before Magistrate Judge Reid via videoconference on January 9, 2025, and believed that they had resolved this matter. *See* [D.E. 125].

---

[1] The discussion regarding the agreed resolution appears on pages 30 & 31 of the hearing transcript.

11. On January 10, 2025, this Court entered an order denying as moot Defendant's Motion given the settlement. The Order stated that "Defendant may nevertheless submit a proposed order that reflects the amount of fees agreed to, if preferred." *See* [D.E. 126].

12. Following the settlement conference, the parties have reached an impasse regarding the terms of the settlement.

13. Accordingly, given the impasse, Defendant seeks an order on Defendant's Motion in the amounts of $122,275.00 in attorney's fees and $5,955.00 in nontaxable costs, which reflects the agreement of the Parties that was read into the Court's record on January 6, 2025.

14. Defendant requests entry of a Final Judgment awarding Defendant the amount of $128,230.00.

15. Pursuant to Fed. R. Civ. P. 58(a)(3), because the requested order disposes of a motion for attorney's fees, no separate document is required.

16. Notwithstanding Fed. R. Civ. P. 58(a)(3), Defendant requests that this Court set out the judgment in a separate order pursuant Fed. R. Civ. P. 58(d).

17. A copy of the proposed order that reflects the amount of fees agreed to, as stated in this Court's January 10, 2025 Order (*See* [D.E. 126]), is attached hereto as "Exhibit 2."

18. Pursuant 28 U.S.C. §1961, once entered, the Final Judgement shall accrue post-judgment interest until it is satisfied.

## **CONCLUSION**

WHEREFORE, Defendant, Great Northern Insurance Company, respectfully requests this Court enter the Final Judgment in the amount of $128,230.00 against Plaintiff, and for such other and further relief as the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to S.D. Fla. Local Rule 7.1(a)(2), undersigned counsel contacted Plaintiff's counsel by email on October 5, 2025 at 9:11pm., in order to make a good faith effort to resolve the issues addressed in this motion pursuant S.D. Fla. Local Rule 7.1. Undersigned counsel received no reply to the above-referenced conferral email.

**COZEN O'CONNOR**

By: */s/ John David Dickenson*
    John David Dickenson, Esq.
    Florida Bar No. 575801
    jdickenson@cozen.com
    1801 N. Military Trail, Ste. 200
    Boca Raton, FL 33431
    Telephone: (561) 515-5250

    Evan M. Holober, Esq.
    Florida Bar No. 1012320
    eholober@cozen.com
    2001 M Street NW, Suite 500
    Washington, DC 20036
    Telephone: (202) 280-6446

    *Counsel for Defendant, Great Northern Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                        */s/ John David Dickenson*
                                                         John David Dickenson

**SERVICE LIST**
*Counsel for Plaintiff*
Josef Timlichman, Esq.
JOSEF TIMLICHMAN LAW, PLLC
18851 NE 29 Ave., Ste. 700
Aventura, FL 33180
Telephone: (305) 748-3789
Email:  sperez@lawnowfl.com
        josef@lawnowfl.com
        info@lawnowfl.com
        amerrill@lawnowfl.com

LEGAL\79445785\3