# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23148-MGC

LEIGH ROTHSCHILD,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE COMPANY,

    Defendant.

_____/

**FINAL JUDGMENT ON ATTORNEY'S FEES COSTS**

THIS MATTER is before the Court on Defendant, Great Northern Insurance Company's Motion for Entry of Final Judgment (ECF No. __). Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that final judgment is entered against Plaintiff Leigh Rothschild and in favor of Defendant, Great Northern Insurance Company, in the amount of $128,230.00; and Defendant shall be entitled to post-judgment interest at the statutory rate set forth in 28 U.S.C. §1961 beginning on the date this Order is entered and until this judgment is satisfied; for all of which let execution issue.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ____ day of ____, 2025.

                                              UNITED STATES DISTRICT JUDGE

Copies Furnished:
All counsels of record